UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | | |
|---|---|---|
| LINDA HAMILTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 6:10-cv-01438-JTM-KMH |
| | ) | |
| CAPITOL FEDERAL | ) | |
| SAVINGS BANK | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereto stipulate that the above-captioned matter is hereby dismissed with prejudice with each party to bear its own fees and costs.

Dated: August 22, 2011

Respectfully submitted,

/s/Stephan M. Nitz
Stephan M Nitz
FBN: 45561
Schwartz Zweben, LLP
3876 Sheridan Street
Hollywood, Florida 33021
(954-966-2483 – Telephone
(954) 374-6972 -Facsimile
snitz@szalaw.com

/s/ Traci Daffer Martin
Husch Blackwell LLP
Kansas Bar No.: 24284
4801 Main Street
Suite 1000
Kansas City, MO 64112
(816)-983-8326 - Telephone
(816)-983-8080 - Facsimile
traci.martin@huschblackwell.com

/s/Lawrence W. Williamson
Lawrence W. Williamson, Jr.
Kansas Bar No: 21282
Williamson Law Firm LLC
218 Delaware, Ste., #207
Kansas City, MO 64105
(816) 256-4150 – Telephone
(913) 535-0736 – Facsimile
l.williamson@williamsonfirm.com

(Signed by Defendant's counsel with permission)

KCP-4152439-1

## CERTIFICATE OF SERVICE

This is to certify that on the 22nd day of August 2011, the above and foregoing was served using the Court's ECF notification system to:

Stephan M. Nitz
Schwartz, Zweben, LLP
3876 Sheridan Street
Hollywood, Florida  33021
Ph:  954.6.2483
Fx:  954.966.2566
snitz@szalaw.com

Lawrence W. Williamson, Jr.
Williamson Law Firm LLC
218 Delaware, Suite 207
Kansas City, Missouri  64105
Ph:  816.256.4150
Fx:  913.535.0736
l.williamson@williamsonfirm.con
**Attorneys for Plaintiff**

/s/ Traci Daffer Martin
Attorney for Defendant

KCP-4152439-1